UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>Plaintiff,<br>vs.<br><br>CHIP IN LLC,<br>an Indiana Limited Liability Company,<br><br>Defendant. | )<br>)<br>)   CASE NO.: 1:17-cv-02934-TWP-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action in its entirety without prejudice.

Dated: July 16, 2018

Respectfully Submitted,

By:     *Louis I. Mussman              .*
        Louis I. Mussman, Esq.
        Bar No. 597155
        Ku & Mussman, P.A.
        18501 Pines Blvd, Suite 209-A
        Pembroke Pines, FL 33029
        Tel: (305) 891-1322
        Fax: (305) 891-4512
        Louis@KuMussman.com

        and

        Eric C. Bohnet, Esq.
        Attorney No. 24761-84
        Attorney at Law
        6617 Southern Cross Drive

1

Indianapolis, Indiana  46237
Tel: (317) 750-8503
ebohnet@gmail.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of July, 2018, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, and a true and correct copy of the foregoing has been furnished by U.S. Mail to:   Chip In LLC, c/o Registered Agent Mark Dall, 11051 Mirador Lane, Fishers, IN 46037.

By: */s/ Louis I. Mussman*
    Louis I. Mussman