UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
July 19, 2018

DENNIS TOOLEY, )
an individual, )
  )
  ) CASE NO.: 1:17-cv-02934-TWP-TAB
            Plaintiff, )
vs. )
  )
CHIP IN LLC, )
an Indiana Limited Liability Company, )
  )
  )
            Defendant. )
_____ )

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action in its entirety without prejudice.

Dated: July 16, 2018

Respectfully Submitted,

By: *Louis I. Mussman* .
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Blvd, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (305) 891-4512
Louis@KuMussman.com

and

Eric C. Bohnet, Esq.
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive

>Indianapolis, Indiana  46237
>Tel: (317) 750-8503
>ebohnet@gmail.com

>*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of July, 2018, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, and a true and correct copy of the foregoing has been furnished by U.S. Mail to:   Chip In LLC, c/o Registered Agent Mark Dall, 11051 Mirador Lane, Fishers, IN 46037.

>By: */s/ Louis I. Mussman*
>Louis I. Mussman